**Madeline M. LAMBERT, Plaintiff–Appellant,**

v.

**Charles J. CRIST, Jr., as Attorney General, State of Florida, Rosena Finklea, et al., Defendants–Appellees.**

**No. 06–14926 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 12, 2007.

Joseph Stern, Delray Beach, FL, for Plaintiff–Appellant.

Thomas M. Gonzalez, Thompson, Sizemore & Gonzalez, P.A., Tampa, FL, for Defendants–Appellees.

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Madeline Lambert appeals the district court's dismissal of her 28 U.S.C. § 1983 complaint against Richard Moore, Rosena Finklea, Yvette MacMillan, Robert Dietz, and Charles J. Crist, Jr. The district court concluded Moore and Finklea were entitled to qualified immunity, MacMillan and Dietz were entitled to absolute immunity, and Lambert failed to state a claim upon which relief may be granted against Crist for supervisor liability. After a de novo review, we affirm for the reasons stated in the district court's well-reasoned order of August 16, 2006.

**AFFIRMED.**